**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                                      303-844-2527
  Judge

September 10, 2020

TO:         Jeffrey Colwell, Clerk

FROM:    Judge Babcock                    s/LTB

RE:         Civil Action No. 20-cv-02743
              American Eagle Entertainment LLC v. Athena Enterprises LLC et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp